UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1840(DSD)

Nathan Boniek,

Plaintiff,

v. **ORDER OF REFERENCE**

Helmut Doerr,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that a United States Magistrate Judge is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss in this matter. Any such motion shall be noticed for hearing before the magistrate judge assigned to this matter.

Dated: August 11, 2000

David S. Doty, Judge
United States District Court

AUG 14 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______