UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NATHAN BONIEK,

Plaintiff,

v.

HELMUT DOERR,

Defendant.

CIVIL NO. 00-1840 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: August 14, 2000

JOHN M. MASON
United States Magistrate Judge

(4)

Filed AUG 15 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials JR