# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nathan Boniek — Case No. Civil 00-1840DSD/FLN

v. — JUDGMENT IN A CIVIL CASE

Helmut Doerr

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss and for a permanent injunction is granted in part and denied in part: insofar as the motion seeks the dismissal of this case, the motion is GRANTED; insofar as the motion seeks a permanent injunction, the motion is DENIED; further case filings by plaintiff related to his employment at defendant shall result in sanctions.

DATE: November 17, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk